# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:03cr13-RH/WCS
    5:04cv230-RH/WCS

CESAR ESTRADA,

     Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's second report and recommendation (document 269), to which no objections have been filed. The recommendation is for denial of the last remaining claim for relief under 28 U.S.C. §2255, without an evidentiary hearing (defendant having moved for determination of the claim without a hearing). The other claims presented in the same §2255 motion were denied by an earlier order (document 261) accepting an earlier report and recommendation (document 259). I conclude that the second report and recommendation is correct and that judgment denying all defendant's claims thus should be entered.

Accordingly,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's motion to waive an evidentiary hearing (document 266) is GRANTED.  Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 231) is DENIED WITH PREJUDICE.  The clerk shall enter judgment and close the file.

SO ORDERED this 2d day of October, 2006.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge